UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JUSTIN P. HOOTEN, | C/A NO. 5:20-cv-00697 |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL** |
| WALMART STORES INC., | |
| Defendant. | |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA:

By this Notice of Removal, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Walmart Inc. ("Defendant"), through undersigned counsel, hereby removes this civil action from the General Court of Justice, Superior Court Division, Wake County, North Carolina (the "Superior Court"), to the United States District Court for the Eastern District of North Carolina, Western Division. Defendant states the following grounds for removal:

1. On November 3, 2020, Plaintiff Justin P. Hooten ("Plaintiff") commenced this action by filing a Complaint in the Superior Court of Wake County, Case No. 20-CVS-12358 ("Complaint").

2. On December 3, 2020, Defendant Walmart Stores Inc., through its registered agent, received the Summons and the Complaint. A true and accurate copy of the service of process received by Defendant is attached hereto as Exhibit A.

3. Accordingly, this Notice of Removal has been timely filed within thirty (30) days of Defendant's receipt of the Complaint as required by 28 U.S.C. § 1446(b).

4. The Complaint and the Summons received by Defendant constitutes all of the process, pleadings, and orders served upon Defendant in this action. Defendant has filed no pleadings in the Superior Court in this action.

5. In this lawsuit, Plaintiff asserts claims of sex-based discrimination (female – gender identity) and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e *et seq.* ("Title VII").

6. Pursuant to 28 U.S.C. §1331, this Court has federal question jurisdiction over this action because Plaintiff alleges claims of sex-based discrimination (female – gender identity) and retaliation pursuant to Title VII, which is a federal cause of action over which this Court has original federal question jurisdiction. 28 U.S.C. §1331. Thus, this action may be removed on the basis of original federal question jurisdiction pursuant to 28 U.S.C. § 1441(a).

7. Venue is proper in the United States District Court for the Eastern District of North Carolina, Western Division, as this case was originally filed in Wake County, North Carolina. *See* 28 U.S.C. § 1446(a).

8. In accordance with 28 U.S.C. § 1446(d), a copy of this Notice will be filed with the Clerk of the Superior Court and served upon all adverse parties promptly after the filing of the original Notice of Removal in this action. A copy of the Notice of Filing of Notice of Removal is attached hereto as Exhibit B.

WHEREFORE, take notice that Defendant, by and through its undersigned counsel, hereby removes the above-entitled action from the General Court of Justice, Superior Court Division, Wake County, North Carolina, to the United States District Court for the Eastern District of North Carolina, Western Division.

Case 5:20-cv-00697-BO    Document 1    Filed 12/29/20    Page 2 of 4

Respectfully submitted this 29th day of December, 2020.

*s/ Julie K. Adams*

Julie K. Adams, NC Bar No. 32773
jadams@fordharrison.com
FORD & HARRISON LLP
6000 Fairview Road, Suite 1415
Charlotte, NC 28210
Telephone: 980-282-1900
Facsimile: 980-282-1947
Attorney for Defendant

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 29, 2020, a copy of the foregoing **NOTICE OF REMOVAL** has been filed with the Court via CM/ECF system and served upon the following person(s) via US Mail to:

Justin (Dana) Hooten
PO Box 38002
Charlotte, NC 28278

Plaintiff *Pro Se*

*s/ Julie K. Adams*
Julie K. Adams
